IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JEREMY and ASHLEY OSTROM, individually
and as Natural Parents of BRENLEY JADE OSTROM,
deceased,

      Plaintiffs,

v.                                                                          No. 08-1066

UNITED STATES OF AMERICA, et al.,

      Defendants.
_____

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE AND GRANTING DEFENDANT'S MOTION TO STRIKE
_____

      This cause is before the Court in connection with the report and recommendation of the magistrate judge regarding the motion of Defendant Emergency Coverage Corp., Inc. to strike the prayer for joint and several liability from the Plaintiff's amended complaint (D.E. 21).  The magistrate judge's report, filed January 26, 2010, recommended that the motion be granted.  According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      The Court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge.  No objections having been filed to the report and recommendation, the Court ADOPTS the magistrate judge's report and recommendation.

      It is therefore ORDERED that the magistrate judge's report and recommendation filed January 26, 2010 is hereby ADOPTED and the motion to strike is GRANTED.

IT IS SO ORDERED this 17th day of February 2010.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE